IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORGANIZATION FOR THE ADVANCEMENT OF MINORITIES WITH DISABILITIES SUING ON BEHALF DAVID SINGLETARY AND ITS MEMBERS; and DAVID SINGLETARY, an individual,<br><br>     Plaintiffs,<br><br>  v.<br><br>BEST WESTERN CARRIAGE INN; MOTELS OF SAN FRANCISCO INC.; and DOES 1 THROUGH 10, inclusive,<br><br>     Defendants.<br>_____/ | No. C 04-03331 WHA<br><br>**ORDER DISMISSING CASE** |

The docket in this case indicates that the parties settled on January 12, 2005. No dismissal has been filed yet, despite two requests (on March 21, 2005 and April 28, 2005) for a stipulated dismissal. In the alternative, plaintiff was ordered to show cause why this case should not be dismissed for failure to prosecute by May 16, 2005. No response was received. Pursuant to FRCP 41(b), this action is now **DISMISSED**. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: May 17, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE